UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ADEY FOMBANG FRU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV416-327 |
| | ) |
| LIBERTY COUNTY JAIL, | ) |
| LIBERTY COUNTY JAIL | ) |
| ADMINISTRATORS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 9th day of May, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA